| LAURA CURRAN | | JARED A. KASSCHAU |
|---|---|---|
| County Executive |  | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-6684, 571-6604

May 23, 2019

Hon. Steven I. Locke
United States Magistrate Judge
United States District Courthouse
100 Federal Plaza
Central Islip, New York 11722

<u>Re: 18-CV-4249: Nunez v. V/RVC et al.,</u>

Dear Judge Locke:

     The Nassau County Attorney's Office represents the County Defendants in the above captioned matter. I write to apologize to the Court, Your Honor, and counsel for all other parties for the missed appearance in this matter on Monday May 20, 2019.

     On Monday May 20, 2019, I was assigned to represent the County during a morning deposition in an unrelated matter. My co-counsel in *Nunez,* Mr. Fernandez, was also unavailable to appear in your Court as he was out of town on official business. It was my understanding that another representative of the County Attorney's Office would be present in your Court on Monday to handle any issues in the *Nunez* case and several other matters that had been scheduled for appearance in your Court. I have since learned that the two other scheduled cases in your Court were adjourned prior to Monday's appearance, and that is most likely what caused the confusion and failure to appear by the person assigned to cover *Nunez*.

     We understand the *Nunez* case is now scheduled for appearance on June 11, 2019 at 11:30 A. M., we will make sure this oversight is not repeated. We sincerely apologize to the Court and all parties for any inconvenience this absence may have caused.

Respectfully,

| /s/ | /s/ |
|---|---|
| Jeremy J. Scileppi | Pablo Fernandez |
| Deputy County Attorney | Deputy County Attorney |