

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III

Oscar Holt III
Of Counsel

April 30, 2021

*VIA ELECTRONIC CASE FILING*
Honorable Denis R. Hurley
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11550

    Re:    *Nunez v. Village of Rockville Centre, et.al.*
             Docket No.: CV-18-4249 (DRH)(SIL)

Dear Judge Hurley:

    As you are aware, we are the attorneys representing the Plaintiff in the above referenced matter. This is to respectfully request a two week extension of time for Plaintiff to respond to all Defendants' request for a *Pre-Motion Conference*, which is due on Monday, May 3, 2021. We have conferred with defense counsels Andrew R. Fuchs, Esq., William J Croutier, Jr., Esq., and William P. Nolan, Esq., and all counsel consent to this request. Accordingly, it is respectfully requested that Plaintiff's time to respond to all Defendants' request for a *Pre-Motion Conference* be extended to May 17, 2021.

    We thank the Court for its kind consideration.

Respectfully submitted,

FREDERICK K. BREWINGTON

cc:    William P. Nolan, Esq. (via ecf)
        Andrew R. Fuchs, Esq. (via ecf)
        William J. Croutier, Jr., Esq. (via ecf)
FKB:pl